BETTY M. SHUMENER (Bar No. 137220)
bshumener@soollp.com
ROBERT J. ODSON (Bar No. 162506)
rodson@soollp.com
ADAM C. DOUPÉ (Bar No. 274486)
adoupe@soollp.com
**SHUMENER, ODSON & OH LLP**
550 South Hope Street, Suite 1050
Los Angeles, CA 90071-2678
Tel: 213.344.4200
Fax: 213.344.4191

Attorneys for Defendant
LESLIE WESTREICH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY LEFKOWITZ,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE WESTREICH, et al.,<br>Defendants. | Case No. 2:16-cv-05139<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for defendant Leslie Westreich, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made solely to enable the Court to evaluate possible disqualification or recusal.

1. Leslie Westreich – Defendant;

2. Gary Lefkowitz – Plaintiff, and, based upon public records, the only individual listed as the agent for service of process of the Limited Partnership Defendants (defined below); and

3. Citi Manhattan Partners I, Citi Manhattan Partners II, Citi Manhattan Partners III, Citi Frontiers Partners, Citi South, Citi Equity Fund, and Citi USA Partners (collectively, the "**Limited Partnership Defendants**") – Defendants.

Dated: July 13, 2016

SHUMENER, ODSON & OH LLP

By *_/s/ Adam C. Doupé_*

BETTY M. SHUMENER
ROBERT J. ODSON
ADAM C. DOUPÉ
Attorneys for Defendant
LESLIE WESTREICH

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the City of Los Angeles, in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 1050, Los Angeles, CA 90071.

On July 13, 2016, I served the following document(s):

**CERTIFICATE OF INTERESTED PERSONS**

on the interested parties in this action by delivering a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[X] **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (**BY ELECTRONIC MAIL)** As follows: I caused the above-referenced documents(s) to be transmitted by electronic mail to its intended recipient(s) at the e-mail addresses indicated above.

[ ] (**CM/ECF electronic notification)** I am readily familiar with the ECF filing system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification

[ ] (**BY PERSONAL SERVICE)** I delivered the foregoing envelope by hand to the offices of the addressee.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

Executed on July 13, 2016, at Los Angeles, CA.

/s/ *Donna Holland*

SHUMENER, ODSON & OH LLP

**SERVICE LIST**

Donald E. Karpel
Zelner & Karpel
16633 Ventura Blvd., Suite 735
Encino, CA 91436
*Attorneys for Gary Lefkowitz*

CITI-MANHATTAN PARTNERS I, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
9418 Wilshire Blvd., Ste. 400
Beverly Hills, CA 90212

CITI-MANHATTAN PARTNERS II, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
9418 Wilshire Blvd., Ste. 400
Beverly Hills, CA 90212

CITI-MANHATTAN PARTNERS III, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
6001 Bristol Parkway, 2nd Floor
Culver City, CA 90230

CITI-EQUITY FUND, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
9418 Wilshire Blvd., Ste. 400
Beverly Hills, CA 90212

CITI-FRONTIERS, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
6001 Bristol Parkway, 2nd Floor
Culver City, CA 90230

CITI-SOUTH, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
6001 Bristol Parkway, 2nd Floor
Culver City, CA 90230

CITI-USA PARTNERS, A CALIFORNIA LIMITED PARTNERSHIP
Gary W. Lefkowitz, Registered Agent
9418 Wilshire Blvd., Ste. 400
Beverly Hills, CA 90212