# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
# (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:16–cv–05139–DSF–PJW

Gary Lefkowitz v. Leslie Westreich et al  
Assigned to: Judge Dale S. Fischer  
Referred to: Magistrate Judge Patrick J. Walsh  
Demand: $9,999,000  
Case in other court:  Los Angeles County Superior Court, BC623352  
Cause: 28:1442 Notice of Removal – Breach of Contract  

Date Filed: 07/13/2016  
Date Terminated: 08/30/2016  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Gary Lefkowitz**  
*Individual*

represented by **Donald E Karpel**  
Zeller and Karpel  
16633 Ventura Blvd Suite 735  
Encino, CA 91346  
310–273–8444  
Fax: 323–720–8852  
Email: dkarpel@deklawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Leslie Westreich**  
*Individual*

represented by **Adam Charles Doupe**  
Shumener Odson and Oh LLP  
550 South Hope Street Suite 1050  
Los Angeles, CA 90071  
213–344–4207  
Fax: 213–344–4197  
Email: adoupe@soollp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Betty M Shumener**  
Shumener Odson and Oh LLP  
550 South Hope Street Suite 1050  
Los Angeles, CA 90071–2631  
213–344–7200  
Fax: 213–344–4190  
Email: bshumener@soollp.com  
*ATTORNEY TO BE NOTICED*

**Robert J Odson**  
Shumener Odson and Oh LLP  
550 South Hope Street Suite 1050  
Los Angeles, CA 90071  
213–344–4200

Fax: 213–344–4190  
Email: rodson@soollp.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citi Manhattan Partners I**
*California Limited Partnership*

**Defendant**

**Citi Manhattan Partners III**
*California Limited Partnership*

**Defendant**

**Citi Frontiers Partners**
*California Limited Partnership*

**Defendant**

**Citi South**
*California Limited Partnership*

**Defendant**

**Citi Equity Fund**
*California Limited Partnership*

**Defendant**

**Citi USA Partners**
*California Limited Partnership*

**Defendant**

**Citi Manhattan Partners II**
*California Limited Partnership*

**Defendant**

**Does**
*1–20*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/13/2016 | Ï 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number BC623352 Receipt No: 0973–18176167 – Fee: $400, filed by Defendant Leslie Westreich. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Attorney Adam Charles Doupe added to party Leslie Westreich(pty:dft))(Doupe, Adam) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 2 | CIVIL COVER SHEET filed by Defendant Leslie Westreich. (Doupe, Adam) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 3 | CERTIFICATE of Interested Parties filed by Defendant Leslie Westreich, (Doupe, Adam) (Entered: 07/13/2016) |

| | | |
|---|---|---|
| 07/13/2016 | Ï 4 | PROOF OF SERVICE filed by Defendant Leslie Westreich, *Notice to Adverse Party of Removal to Federal Court* served on July 13, 2016. (Doupe, Adam) (Entered: 07/13/2016) |
| 07/13/2016 | Ï | CONFORMED FILED COPY OF COMPLAINT against Defendants Citi Equity Fund, Citi Frontiers Partners, Citi Manhattan Partners I, Citi Manhattan Partners II, Citi Manhattan Partners III, Citi South, Citi USA Partners, Does 1–20, Leslie Westreich. Jury Demanded., filed by Plaintiff Gary Lefkowitz. [FILED IN STATE COURT ON 6/10/2016 SUBMITTED ATTACHED TO NOTICE OF REMOVAL AS ATTACHMENT #1] (et) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Dale S. Fischer and Magistrate Judge Patrick J. Walsh. (et) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 07/13/2016) |
| 07/13/2016 | Ï 7 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dale S. Fischer. If a party would be entitled to attorneys fees, counsel are referred to the Order Re Fees found on Courts website under Judge Fischer's Procedures and Schedules contained in the Judges Requirements tab. Read all Orders carefully. They govern this case and differ in some respects from the Local Rules. (dp) (Entered: 07/13/2016) |
| 07/14/2016 | Ï 8 | ORDER SETTING SCHEDULING CONFERENCE by Judge Dale S. Fischer. The Joint Report must include the completed Schedule of Pretrial and Trial dates. Lead trial counsel are ordered to appear in person unless counsel have been excused by the Court. Scheduling Conference set for 10/24/2016 at 11:00 AM before Judge Dale S. Fischer. (dp) (Entered: 07/14/2016) |
| 07/14/2016 | Ï 9 | PROOF OF SERVICE filed by Defendant Leslie Westreich, re Initial Order upon Filing of Complaint – form only, 7 served on July 14, 2016. (Doupe, Adam) (Entered: 07/14/2016) |
| 07/20/2016 | Ï 10 | ** MOTION WITHDRAWN** NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* filed by Defendant Leslie Westreich. Motion set for hearing on 8/22/2016 at 01:30 PM before Judge Dale S. Fischer. (Attachments: # 1 Proposed Order) (Doupe, Adam) Modified on 8/25/2016 (dp). (Entered: 07/20/2016) |
| 07/20/2016 | Ï 11 | DECLARATION of Leslie Westreich In Support of NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Defendant Leslie Westreich. (Doupe, Adam) (Entered: 07/20/2016) |
| 07/20/2016 | Ï 12 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Defendant Leslie Westreich. (Doupe, Adam) (Entered: 07/20/2016) |
| 07/20/2016 | Ï 13 | EXHIBIT A–M to NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Defendant Leslie Westreich. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Doupe, Adam) (Entered: 07/20/2016) |
| 08/01/2016 | Ï 14 | ** DOCUMENT STRICKEN ** OPPOSITION opposition re: NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Plaintiff Gary Lefkowitz. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Proof of Service, # 19 Proof of Service, # 20 Proof of Service, # 21 Proof of Service)(Karpel, Donald) Modified on 8/2/2016 (dp). (Entered: 08/01/2016) |
| 08/02/2016 | Ï 15 | TEXT ONLY ENTRY: (IN CHAMBERS) ORDER STRIKING DOCUMENT: Document No. 14 filed on 8/1/16 is stricken for failure to comply with L.R. 5–4.3.1 – which requires that the PDF image for a document filed with the Court must be created by using word processing software and published to PDF. PDF images created by scanning paper documents are prohibited. THERE IS |

| | | |
|---|---|---|
| | | NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dp) TEXT ONLY ENTRY (Entered: 08/02/2016) |
| 08/02/2016 | 16 | OPPOSITION In Opposition re: NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Plaintiff Gary Lefkowitz. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Proof of Service)(Karpel, Donald) (Entered: 08/02/2016) |
| 08/08/2016 | 17 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Defendant Leslie Westreich. (Attachments: # 1 Declaration Leslie Westreich)(Doupe, Adam) (Entered: 08/08/2016) |
| 08/12/2016 | 18 | DECLARATION of Gary Lefkowitz NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Plaintiff Gary Lefkowitz. (Attachments: # 1 Attachment)(Karpel, Donald) (Entered: 08/12/2016) |
| 08/12/2016 | 19 | DECLARATION of Gary Lefkowitz NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Plaintiff Gary Lefkowitz. (Attachments: # 1 Attachment)(Karpel, Donald) (Entered: 08/12/2016) |
| 08/12/2016 | 20 | DECLARATION of Franciska Katalin von Andrassy NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Plaintiff Gary Lefkowitz. (Karpel, Donald) (Entered: 08/12/2016) |
| 08/15/2016 | 21 | OBJECTION AND REQUEST TO STRIKE THE IMPROPER AND UNTIMELY DECLARATIONS OF GARY LEFKOWITZ [18 & 19] AND FRANCISKA KATALIN VON ANDRASSY 20 FILED IN OPPOSITION TO DEFENDANT LESLIE WESTREICH'S MOTION TO DISMISS OR TRANSFER VENUE re NOTICE OF MOTION AND MOTION to Dismiss Case *or Transfer Venue* 10 filed by Defendant Leslie Westreich. (Doupe, Adam) (Entered: 08/15/2016) |
| 08/17/2016 | 22 | NOTICE OF ERRATA filed by Defendant Leslie Westreich. correcting Reply (Motion related) 17 (Attachments: # 1 Exhibit CORRECTED SUPPLEMENTAL DECLARATION OF LESLIE WESTREICH)(Doupe, Adam) (Entered: 08/17/2016) |
| 08/17/2016 | 23 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER TAKING MOTION OFF CALENDAR AND UNDER SUBMISSION. The Court, on its own motion, takes the Motion to Dismiss off calendar and under submission. A written order will follow THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dp) TEXT ONLY ENTRY (Entered: 08/17/2016) |
| 08/22/2016 | 24 | MINUTE ORDER IN CHAMBERS Order Setting Evidentiary Hearing re Service of Processby Judge Dale S. Fischer: See Memorandum for Specifics. (bp) (Entered: 08/24/2016) |
| 08/25/2016 | 25 | Notice of Withdrawal of Motion to Dismiss Case 10 filed by Defendant Leslie Westreich. (Attachments: # 1 Exhibit A)(Doupe, Adam) (Entered: 08/25/2016) |
| 08/30/2016 | 26 | MINUTE ORDER IN CHAMBERS Order GRANTING Defendant Leslie Westreich's Motion to Transfer (Dkt. 10) by Judge Dale S. Fischer:. (MD JS−6. Case Terminated.) See Memorandum for Specifics. (bp) (Entered: 08/30/2016) |
| 08/30/2016 | 27 | Transfer Out Transmittal Letter sent to USDC Southern District of New York, New York at New York. (bp) (Entered: 08/30/2016) |